UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MAYCOR ARNOLDO GAXIOLA-RUIZ<br>aka "Wilfredo Sanchez,"<br><br>Defendant. | NO. CR13-5695BHS<br><br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on motion of the United States for entry of a Final Order of Forfeiture with respect to the following assets:

(a) $1,371.98 in U.S. Currency, more or less, seized from MAYCOR ARNOLDO GAXIOLA-RUIZ upon arrest on December 3, 2013;

(b) One (1) Black Huawei Cell Phone seized from MAYCOR ARNOLDO GAXIOLA-RUIZ upon arrest on December 3, 2013; and

(c) $4,123.00 in U.S. Currency, more or less, seized from the residence of Jose Garcia and MAYCOR ARNOLDO GAXIOLA-RUIZ, at 4820 NE Hazel Dell Avenue, Apt. #636, Vancouver, Washington, on December 10, 2013.

On July 8, 2014, this Court entered a Stipulated Preliminary Order of Forfeiture, in the above-captioned case forfeiting defendant MAYCOR ARNOLDO GAXIOLA-RUIZ's interest in the above-described property.

FINAL ORDER OF FORFEITURE
*U.S. v. Maycor Arnoldo Gaxiola-Ruiz, et al.* (Case No. CR13-5695BHS) - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1  The above-referenced property is subject to forfeiture pursuant to Title 21,
2  United States Code, Section 853, based on the guilty plea of MAYCOR ARNOLDO
3  GAXIOLA-RUIZ to Distribution of and Possession with Intent to Distribute Heroin, as
4  charged in Count One (1) of the Indictment, in violation of Title 21, United States Code,
5  Sections 841(a)(1), and 841(b)(1)(C), and his agreement to forfeit the above-described
6  property.

7  Pursuant to Title 21, United States Code, Section 853(n), the United States
8  published notice on an official government forfeiture website, currently
9  www.forfeiture.gov for thirty (30) days beginning July 13, 2014.  In the publication the
10 United States published notice of the Preliminary Order of Forfeiture and the intent of the
11 United States to dispose of the property in accordance with law.  This notice further
12 stated that any person other than the defendant having or claiming an interest in the
13 property was required to file a petition with the Court within sixty (60) days of the first
14 date of publication, setting forth the nature of the petitioner's right, title, and interest in
15 the property.

16 On or about August 29, 2014, a copy of the Preliminary Order of Forfeiture in the
17 above-captioned criminal case was sent to Jose Luis Jaimes Garcia via Certified Mail,
18 Return Receipt Requested, Article Numbers 7013 1090 0001 3202 2539 and 7013 1090
19 0001 3202 2546, through the U.S. Postal Service.

20 All persons and entities believed to have an interest in the property subject to
21 forfeiture were given proper notice of the intended forfeiture.

22 No petitioners have come forward to assert an interest in the forfeited property,
23 and the time for doing so has expired.

24 Accordingly, IT IS ORDERED, ADJUDGED and DECREED that the following
25 property is hereby fully and finally condemned and forfeited to the United States in its
26 entirety:

27
28

FINAL ORDER OF FORFEITURE
*U.S. v. Maycor Arnoldo Gaxiola-Ruiz, et al.* (Case No. CR13-5695BHS) - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

(a)   $1,371.98 in U.S. Currency, more or less, seized from MAYCOR ARNOLDO GAXIOLA-RUIZ upon arrest on December 3, 2013;

(b)   One (1) Black Huawei Cell Phone seized from MAYCOR ARNOLDO GAXIOLA-RUIZ upon arrest on December 3, 2013; and

(c)   $4,123.00 in U.S. Currency, more or less, seized from the residence of Jose Garcia and MAYCOR ARNOLDO GAXIOLA-RUIZ, at 4820 NE Hazel Dell Avenue, Apt. #636, Vancouver, Washington, on December 10, 2013.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that no right, title, or interest in the above-described property shall exist in any other party.  The United States Marshals Service is authorized to dispose of the above-listed property in accordance with the law.

DATED this 22nd day of December, 2014.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

  s/ Matthew H. Thomas
MATTHEW H. THOMAS
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, WA  98402
Telephone:  (253) 428-3800
Facsimile:  (253) 428-3826
E-mail:  Matthew.H.Thomas@usdoj.gov

FINAL ORDER OF FORFEITURE
*U.S. v. Maycor Arnoldo Gaxiola-Ruiz, et al.* (Case No. CR13-5695BHS) - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800